IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-64 |
| ARA APRAHAMIAN | : | |

**O R D E R**

**AND NOW**, this 25th day of January 2022, upon consideration of Defendant's Motion to Transfer Or, In The Alternative, To Dismiss Count Three (ECF No. 33), the Government's Response in Opposition to Defendant's Motion to Transfer Or, In The Alternative, To Dismiss Count Three (ECF No. 36), and Defendant's Reply Memorandum In Further Support Of His Motion To Transfer Or, In The Alternative, To Dismiss Count Three (ECF No. 37-1), it is **ORDERED** that the Motion is **DENIED**.  The Motion to Dismiss is denied without prejudice.

 **IT IS SO ORDERED.**

                     **BY THE COURT:**

                     */s/ R. Barclay Surrick*
                     **R. BARCLAY SURRICK, J.**