IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO: 2:20-cr-064 |
| | § | |
| ARA APRAHAMIAN | § | |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for the United States of America in the above-captioned matter. I am authorized to represent the United States in this Honorable Court.

Date: March 14, 2022

Respectfully submitted,

/s/ Jonathan Pomeranz
Jonathan Pomeranz

Trial Attorney
Antitrust Division
U.S. Department of Justice
Washington Criminal I Section
450 5th Street NW, Suite 11300
Washington, DC 20530
(202) 316-2179
jonathan.pomeranz@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court using the CM/ECF system, which constitutes service to all registered parties.

Date: March 14, 2022

/s/ Jonathan Pomeranz
Jonathan Pomeranz