# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| ARA APRAHAMIAN | : CRIMINAL NO: 2:20-cr-00064(RBS) |
| | : |
| | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America in the above-captioned matter.

Date:   June 24, 2022

                                                      Respectfully submitted,

                                                      s/ *John W. Elias*
                                                      John W. Elias
                                                      United States Department of Justice
                                                      Antitrust Division
                                                      950 Pennsylvania Avenue NW
                                                      Washington, D.C. 20530
                                                      john.elias@usdoj.gov
                                                      (202) 710-2426

**CERTIFICATE OF SERVICE**

     I hereby certify that I caused the foregoing Withdrawal of Appearance to be filed electronically with the Clerk of the Court using the ECF system, which will make the document available for viewing and downloading and send an electronic filing notice to counsel of record who are registered as ECF filing users.

Dated: June 24, 2022                                                  s/ *John W. Elias*
                                                                                      John W. Elias