IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-64 |
| ARA APRAHAMIAN | : | |

# O R D E R

**AND NOW**, this 20th day of July 2022, upon consideration of the United States' Motion for a Status Conference (ECF No. 43), it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**