IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 20-64 |
| ARA APRAHAMIAN | | |

14 Catalpa Court
Bardonia, NY 10954

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **status conference** on **Tuesday, August 9, 2022,** at **3:00 P.M.** before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A          interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:    Patrick Kelly
       Courtroom Deputy to J.  R. Barclay Surrick
       Phone: 267.299.7639

Date:    7/29/2022

cc via U.S. Mail:    Defendant
cc via email:        George Robert Gage, Jr., Esq.
                     Fabien M. Thayamballi, Esq.
                     Alexandra A.E. Shapiro, Esq.
                     John William Elias, AUSA
                     Kevin B. Hart, AUSA
                     Julia M. Maloney, AUSA
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services

        Interpreter Coordinator

crnotice (July 2021)