

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

August 5, 2022

**VIA EMAIL**

The Honorable R. Barclay Surrick
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    Re:    *United States v. Ara Aprahamian*, 20-cr-64 (RBS)

Dear Judge Surrick:

    In advance of next Tuesday's Status Hearing, counsel for the United States conferred with counsel for Defendant Ara Aprahamian regarding a potential trial date. The parties were unable to agree on a trial date or proposed pretrial schedule. The United States stands ready to try this case and proposes a January 2023 trial date—nearly three years after Defendant was indicted. Defendant's counsel indicated to the United States that the earliest date by which they would be prepared to try the case is March 2024, contingent on receiving additional discovery material.[1] The United States proposes the following schedule:

|  |  | **United States' Proposal** | **Defendant's Proposal** |
|---|---|---|---|
| **All Pretrial Motions Except Motions in Limine** | Opening Motions | September 26, 2022 (Mon.) |  |
|  | Responses | October 31, 2022 (Mon.) |  |
|  | Replies | November 14, 2022 (Mon.) |  |
| **Expert Disclosures** |  | December 16, 2022 (Fri.) |  |
| **Exhibit List** |  | December 16, 2022 (Fri.) |  |
| **Motions in Limine** | Opening Motions | January 2, 2023 (Mon.) |  |
|  | Responses | January 16, 2023 (Mon.) |  |
| **Proposed Jury Instructions** |  | January 2, 2023 (Mon.) |  |
| **Objections to Exhibit List** |  | January 9, 2023 (Mon.) |  |
| **Witness List** |  | January 9, 2023 (Mon.) |  |
| **Objections to Jury Instructions** |  | January 16, 2023 (Mon.) |  |
| **Proposed Voir Dire Questions** |  | January 16, 2023 (Mon.) |  |
| **Proposed Verdict Sheets** |  | January 16, 2023 (Mon.) |  |
| **Trial Date** |  | January 23, 2023 (Mon.) | March 2024 |

---

[1] The United States believes that most of the additional discovery material requested by Defendant is not discoverable.

      The United States recognizes the continued threat that the COVID-19 pandemic may present and submits that any associated modifications to the Court's trial calendar could be best addressed by later modification to the trial date if circumstances require. The scheduling order the United States has proposed will best position the Court and the parties to prepare for trial as expeditiously as possible under the circumstances and is in the interests of justice.

    Sincerely yours,

    /s/ Kevin Hart
Kevin B. Hart
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W.
Washington, DC  20001