IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-64 |
| ARA APRAHAMIAN | : | |

**O R D E R**

**AND NOW**, this 17th day of August 2022, after a status conference with counsel on August 9, 2022, this Court finds as follows:

1. The Government and Defendant shall provide any supplemental discovery of information provided to experts by June 16, 2023, or on a rolling basis as soon as practicable after production to experts.

2. Responses to any motions shall be due two weeks from the date that the motion was filed. Any replies shall be filed by one week from the date that the response was filed. This schedule shall govern even if the operative motion is filed before the deadline provided below.

3. Any substantive motions, including motions to dismiss, shall be filed no later than May 19, 2023. Responses to any substantive motions shall be filed by June 2. Replies shall be filed by June 9.

4. The Government shall provide disclosures related to expert witness testimony by July 21, 2023. Defendant shall provide disclosures related to expert witness testimony by August 18, 2023.

5. Preliminary exhibit lists and Federal Rules of Evidence 404(b) notices shall be disclosed by August 25, 2023.

2

6. All pretrial motions and trial memoranda shall be filed no later than September 1, 2023. Responses to pretrial motions shall be filed by September 15. Replies shall be filed by September 22.

7. A hearing on pretrial motions will be scheduled at the request of the parties.

8. Trial exhibit lists shall be disclosed by October 13, 2023.

9. Proposed voir dire questions, jury instructions, witness lists, and proposed verdict forms shall be filed on or before October 20, 2023.

10. Trial is scheduled for October 30, 2023, at 9:30 a.m.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

                                          */s/ R. Barclay Surrick*
                                          **R. BARCLAY SURRICK, J.**