IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 2:20-cr-00064-RBS |
| ARA APRAHAMIAN, : | |
| Defendant. : | |

## UNITED STATES' UNOPPOSED MOTION
## FOR EXTENSION OF TIME

The United States respectfully requests an extension of the deadline to file substantive motions by two weeks. Defendant Aprahamian does not oppose this request. Currently, the deadline to file substantive motions is set for October 10, 2023. Oppositions are due on October 24, 2023, and replies are due on November 1, 2023. If the Court grants this Motion for Extension of Time, the new substantive motions deadline would be October 24, 2023, oppositions would be due on November 7, 2023, and replies would be due on November 14, 2023. The United States believes that such an extension is in the interests of all parties and is unlikely to hamper the efficient resolution of this case.

Respectfully Submitted,

/s/ Kristina Srica
Kristina Srica
Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street NW, Suite 11300
Washington, DC 20530
(312) 754-3922

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| ARA APRAHAMIAN, | :     CRIMINAL NO. 2:20-cr-00064-RBS |
| Defendant. | : |
| | : |

**[PROPOSED] ORDER EXTENDING TIME TO FILE MOTIONS**

On this _____ day of _____, 2023, after consideration of the Government's Unopposed Motion For Extension of Time, it is hereby

**O R D E R E D**

that the motion is GRANTED. The deadline to file substantive motions is extended to October 24, 2023, responses shall be filed no later than November 7, 2023, and reply briefs shall be filed no later than November 14, 2023.

BY THE COURT:

_____
**The Honorable R. Barclay Surrick**
*United States District Judge*