# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| ARA APRAHAMIAN | : | NO. 20-64 |
| | : | |

**SURRICK, J.**                                                                                   **AUGUST 27, 2025**

## ORDER

**AND NOW**, this 27th day of August, 2025, upon consideration of the Motion of Teva Pharmaceuticals USA, Inc. ("Teva") to Intervene (ECF No. 102), in which Non-party Teva seeks to unseal the Letter to the Court dated November 27, 2023 and docketed at ECF No. 97 (the "Dismissal Letter"), it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The Clerk of Court shall unseal the Dismissal Letter docketed at ECF No. 97 in the above-captioned matter.

2. Defendant Ara Aprahamian's Motions docketed at ECF Nos. 127 and 129 are **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**